Page 1

Judge phyllis J Hamilton                    **FILED**                    7 29, 2021
Northern District of California
    450 golden gate Avenue              Aug 27 2021
    po box 36060                     SUSAN Y. SOONG
                                  CLERK, U.S. DISTRICT COURT
    San francisco, Ca 94102        NORTHERN DISTRICT OF CALIFORNIA
                                          OAKLAND

                                Case No. 4:21-cv-06648 PJH

    Honorable Judge,
        My name is J frazier, I am an inmate in Arkansas. It is my
understanding that you were the presiding Judge on the original case to get
the stimulus checks issued to the inmate population across the states.
        I am not aware as to whether you've been told or have heard
through other means that the Arkansas legislature passed a bill to con-
fiscate those checks with all intent of snubbing their noses at your ruling.
        I signed my 1800 Dollar check on may 6th 2021 and it was put into a
holding account, supposedly for up to 30 Days to see if I owed any court cost,
fines, child support, etc., It is now July 29th, 2021 and as of this Date
has not been posted to my account. I realize that there is probably nothing
that you can do for my case personally.
        I am a simple man and my understanding of the law follows in that
light too. But I am of an understanding that once a court rules on a case,
that nothing can change that ruling. and this act would violate that
Ruling.
        The ACT I am refering to is ACT 1110 of 2021 of the regular
Session. Senate bill 544.
        my question to you, is this bill legal and can it bypass
or overturn your ruling?
        my main reason for asking this is, when I signed the check
on may 6th, it clearly stated that it was a Tax return check and

2

not a stimulus check.
Which if you look up The bill on The internet you will see That
it in no Way mentions Tax return checks.
That is all I have To Say.

Thank you for your Time and consideration,

Jay O. Frazier 81797
20/13 C.u.
po box 500
Grady, Ar. 71644-0500

please find enclosed a copy of The ACT.

Stricken language would be deleted from and underlined language would be added to present law.
Act 1110 of the Regular Session

1  State of Arkansas          *As Engrossed:*  *S4/1/21 H4/13/21 H4/21/21*
2  93rd General Assembly               A Bill
3  Regular Session, 2021                                    SENATE BILL 544
4
5  By: Senators Rice, G. Stubblefield, Flippo
6  *By: Representative Richmond*
7
8                         **For An Act To Be Entitled**
9              AN ACT REQUIRING A PERSON IN THE CUSTODY OF A
10             CORRECTIONAL FACILITY TO USE FUNDS FROM FEDERAL
11             RELIEF OR STIMULUS PROGRAMS TO FIRST PAY OUTSTANDING
12             FINES, FEES, COSTS, OR RESTITUTION; TO DECLARE AN
13             EMERGENCY; AND FOR OTHER PURPOSES.
14
15
16                              **Subtitle**
17             REQUIRING A PERSON IN THE CUSTODY OF A
18             CORRECTIONAL FACILITY TO USE FUNDS FROM
19             FEDERAL RELIEF OR STIMULUS PROGRAMS TO
20             FIRST PAY OUTSTANDING FINES, FEES, COSTS,
21             OR RESTITUTION; AND TO DECLARE AN
22             EMERGENCY.
23
24
25  BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF ARKANSAS:
26
27       *SECTION 1.  Arkansas Code Title 12, Chapter 29, Subchapter 1, is*
28  *amended to add an additional section to read as follows:*
29       *12-29-119.  Use of federal relief or stimulus funds to pay outstanding*
30  *court obligations.*
31       *(a)  Unless prohibited by federal law, a person who is in the custody*
32  *of the Department of Corrections for an offense committed in the state who*
33  *receives any federal relief or stimulus funds from the United States*
34  *Government is required to first use the federal relief or stimulus funds to*
35  *pay off existing court fines, fees, costs, or restitution before he or she*
36  *may use the federal relief or stimulus funds for any other purpose.*

04-21-2021 10:07:22 BPG412

As Engrossed:  S4/1/21 H4/13/21 H4/21/21                              SB544

1      (b)  If the department is made aware of existing court fines, fees,
2  costs, or restitution owed by a person in its custody who has received funds
3  from the United States Government, the department shall:
4           (1)  Verify the funds received by the person are intended for the
5  person;
6           (2)  Verify the funds received are federal relief or stimulus
7  funds;
8           (3)  Withhold from any federal relief or stimulus funds an amount
9  not to exceed the amount owed for fines, fees, costs, or restitution; and
10           (4)  Forward the withheld federal relief or stimulus funds to the
11  circuit clerk in the county or to the city treasurer in the municipality to
12  which existing court fines, fees, costs, or restitution is owed.
13      (c)  It is not the responsibility of the department to search for
14  existing court fines, fees, costs, or restitution owed by a person in its
15  care and custody.
16      (d)  If a person who is in the custody of the department receives any
17  federal relief or stimulus funds from the United States Government but has no
18  known existing court fines, fees, costs, or restitution, the federal relief
19  or stimulus funds shall be distributed in equal parts to the following:
20           (1)  An inmate welfare fund established under § 12-29-107; and
21           (2)  The Division of Correction Inmate Care and Custody Fund
22  Account.
23      (e)  This section applies retroactively to any federal relief or
24  stimulus funds received on or after October 13, 2020, from the United States
25  Government.
26      (f)  If the department is unable to confirm funds received by a person
27  in its custody are federal relief or stimulus funds, the funds will be
28  deposited into the person's inmate banking account.
29
30      SECTION 2.  Arkansas Code Title 12, Chapter 41, Subchapter 1, is
31  amended to add an additional section to read as follows:
32      12-41-109.  Use of federal relief or stimulus funds to pay outstanding
33  court obligations.
34      Unless prohibited by federal law, a person who is in the custody of a
35  local or regional correctional facility for an offense committed in the state
36  that receives any federal relief or stimulus funds from the United States

As Engrossed:  S4/1/21 H4/13/21 H4/21/21                    SB544

1  Government is required to first use the federal *relief or stimulus* funds to
2  pay off existing court fines, fees, costs, or restitution before he or she
3  may use the federal relief or stimulus funds for any other purpose.
4
5      SECTION 3.   EMERGENCY CLAUSE.  It is found and determined by the
6  General Assembly of the State of Arkansas that many persons currently in
7  custody for convictions are set to receive or have already received federal
8  relief funds related to coronavirus 2019 (COVID-19) recovery; that many of
9  these persons in custody still have outstanding fines, fees, costs, and
10 restitution ordered to be paid by a sentencing court; that a person in
11 custody has a responsibility to the state and any victim of his or her
12 offense to pay off these obligations as soon as possible; that the state
13 needs to act quickly to ensure the federal relief funds paid to these persons
14 in custody are not spent or otherwise diverted to other things before the
15 person's obligations to the state, the court, and any victim are satisfied.
16 Therefore, an emergency is declared to exist, and this act being immediately
17 necessary for the preservation of the public peace, health, and safety shall
18 become effective on:
19          (1)  The date of its approval by the Governor;
20          (2)  If the bill is neither approved nor vetoed by the Governor,
21 the expiration of the period of time during which the Governor may veto the
22 bill; or
23          (3)  If the bill is vetoed by the Governor and the veto is
24 overridden, the date the last house overrides the veto.
25
26                          /s/Rice
27
28
29                     APPROVED: 5/3/21
30
31
32
33
34
35
36

                         3              04-21-2021 10:07:22 BPG412

J Frazier 81747
20/13 cw.
Po Box 500
grady, Ar 71644-0500

94102-3661 C004

Judge Phyllis J. Hamilton
northern District of California
450 Golden gate Avene
Po Box 36060
San Francisco, Ca 94102

ORIGINATED FROM
A D C
CUMMINS UNIT

NEOPOST
08/02/2021
US POSTA

A 04 FMH 1456638



Sgt. E. Howard

7-30-21

RECEIVED

AUG 05 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA